DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

HEWITT A. GRANT, II,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D21-1385

_____

September 1, 2021

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Polk County; Donald G. Jacobsen, Judge.

PER CURIAM.

Affirmed.

SILBERMAN, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.